JAMES M. EVANS, JR., Respondent, v. WASHINGTON CORP. et al., Appellants, et al., Defendant.—

In this personal injury negligence action it is evident that the jury verdict is grossly excessive in its award of damages, and that a verdict in excess of $2,500 is not warranted by the record. Settle order on notice. Concur — Botein, P. J., McNally, Stevens, Steuer and Noonan, JJ.

READ R. BANG et al., Appellants, v. JOHN NARDONE et al., Doing Business as WESTMORE CONTRACTORS, Defendants, and JOHN NARDONE, Doing Business as WESTMORE CONTRACTORS, et al., Respondents.—

No opinion. Concur — Rabin, J. P., Valente, McNally, Eager and Steuer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT FLETCHER, Appellant.—

No opinion. Concur — Rabin, J. P., Valente, McNally, Eager and Steuer, JJ.

In the Matter of CHEMICAL CORN EXCHANGE BANK, as Trustee under Agreement with MORRIS SCHINASI for Benefit of LAURETTE SCHINASI, Respondent, v. TAX COMMISSION OF THE CITY OF NEW YORK, Appellant.—

Concur — Rabin, J. P., McNally and Eager, JJ.; Valente and Steuer, JJ., dissent and vote to reverse and confirm and reinstate the assessments on the ground that the record does not support the result reached by Special Term.

THERESE SCHON, Respondent, v. ALFRED ORTNER, Appellant.—

No opinion. Concur — Rabin, J. P., Valente, McNally, Eager and Steuer, JJ.